THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CLARENCE D. DAVIS, Appellant.

*Crimes — larceny in first degree — judgment of conviction affirmed.*

*People v. Davis*, 217 App. Div. 801, affirmed.

(Argued October 21, 1926; decided November 16, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered August 6, 1926, which affirmed a judgment of the Chemung County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Lewis E. Mosher* and *Gaylord E. Riggs* for appellant.

*Walter B. Herendeen, District Attorney,* for respondent.

Judgment affirmed under the provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.